MG/CMC
F. #2020R00970

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* DECEMBER 1, 2025 *
BROOKLYN OFFICE

UNITED STATES OF AMERICA

- against -

PAUL MITCHELL,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 25 - 374    (    )

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant PAUL MITCHELL's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           December 1, 2025

                                     JOSEPH NOCELLA, JR.
                                     United States Attorney
                                     Eastern District of New York
                                     271 Cadman Plaza East
                                     Brooklyn, New York 11201

                          By:    /s/ Miranda Gonzalez
                                     Miranda Gonzalez
                                     Assistant United States Attorney
                                     (718) 254-7000

Cc:    Clerk of the Court
       Roger V. Archibald, Esq. (defense counsel)
       Robert M. Silverman, Esq. (defense counsel)