RCH:MG/CMC
F. #2020R00970

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 25-374 (NRM) |
| PAUL MITCHELL, | (T. 18 U.S.C., §§ 3551 et seq.; T. 26, U.S.C., § 7201) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information, unless otherwise indicated:

INTRODUCTION

1.  The Defendant and Relevant Entities

    1.    The defendant PAUL MITCHELL was a resident of Nassau County, New York.

    2.    In 2003, the defendant PAUL MITCHELL founded Organization-1, an entity whose identity is known to the United States Attorney. Organization-1 was a church organization located in Brooklyn, New York. In 2004, Organization-1 successfully applied for recognition of tax-exempt status under Internal Revenue Code ("IRC") Section 501(c)(3).

    3.    In 2012, the defendant PAUL MITCHELL founded Organization-2, an entity whose identity is known to the United States Attorney. Organization-2 was an educational daycare organization located in Brooklyn, New York. In 2014, Organization-2 successfully applied for recognition of tax-exempt status under IRC Section 501(c)(3).

4. The defendant PAUL MITCHELL was the lead pastor at Organization-1 and the president of Organization-2.

2. <u>The Internal Revenue Service</u>

5. The Internal Revenue Service ("IRS") was an agency within the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

6. A Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was a tax return filed with the IRS in the name of a taxpayer that reported, among other things, the taxpayer's income, deductions and credits, and the amount of tax owed or tax refund claimed.

7. Depending on the circumstances of the taxpayer, a Form 1040 could also include certain Schedules and Forms, such as a Schedule C, Proft or Loss from Business (Sole Proprietorship) ("Schedule C"). The Schedule C was an IRS form that was used by a taxpayer to report gross receipts, expenses, and profit or loss from a business operated by the taxpayer as a sole proprietorship.

8. As a sole proprietor of Organization-1, the defendant PAUL MITCHELL was required to report income he received from Organization-1 on his Schedule C that was incorporated into his personal Form 1040 and filed with the IRS.

9. A Form 990, Return of Organization Exempt from Income Tax, was an annual information return required to be filed with the IRS by most organizations exempt from income tax under section 501(a) of the Internal Revenue Code.

10. As a tax-exempt organization, Organization-2 was required to file Forms 990 each year. As the principal officer of Organization-2, the defendant PAUL MITCHELL was required to report the income that Organization-2 paid to its officers, directors, key employees, and highest compensated employees.

3. <u>The Fraudulent Scheme</u>

11. As tax-exempt organizations, none of the net earnings of either Organization-1 or Organization-2 were permitted to inure in whole, or in part, to the benefit of any private shareholders or individuals, including the defendant PAUL MITCHELL.

12. For the tax years 2015 through 2022, the defendant PAUL MITCHELL used credit cards associated with bank accounts held by Organization-1 and Organization-2 to pay for his own personal expenses. He also wrote checks from Organization-1's bank accounts to pay for his personal expenses. Further, he frequently withdrew cash from Organization-1 and Organization-2's bank accounts or transferred funds from Organization-1's and Organization-2's bank accounts into his own personal bank accounts. By way of example, some of his transactions included:

a. On or about April 29, 2015, MITCHELL used Organization-2's credit card to spend approximately $795.00 at a luxury watch retailer.

b. On or about June 13, 2016, MITCHELL used Organization-2's credit card to spend approximately $1,059.99 at a jewelry retailer to purchase a 10K gold 0.73-carat smokey quartz and diamond gentleman's ring.

c. On or about July 31, 2017, MITCHELL used Organization-1's credit card to spend approximately $887.05 at a men's suiting store.

d. On or about September 3, 2018, MITCHELL used Organization-1 and Organization-2's credit cards to spend approximately $6,175.00 at a jewelry retailer to purchase a 14K gold engagement ring and a 14K gold 1-carat diamond ring.

e. On or about May 29, 2019, MITCHELL wrote a check from Organization-1's bank account to pay a personal credit card bill in the amount of approximately $3,143.57.

   f.  On or about April 28, 2020, MITCHELL wrote a check from Organization-1's bank account to pay a personal credit card bill in the amount of approximately $4,549.26.

   g.  On or about February 22, 2021, MITCHELL wrote a check from Organization-1's bank account to pay a personal credit card bill in the amount of approximately $8,798.63.

   h.  On or about January 18, 2022, MITCHELL wrote a check from Organization-1's bank account to pay a personal credit card bill in the amount of approximately $3,188.96.

  13.  The defendant PAUL MITCHELL also used Organization-1 funds to pay his already underreported personal income tax liability to the U.S. Treasury and New York State each year, including approximately $4,423 in 2016; approximately $10,673 in 2017; approximately $7,133 in 2018; approximately $6,543 in 2019; approximately $6,188 in 2020; and approximately $8,141 in 2021.

  14.  The defendant PAUL MITCHELL also used Organization-1 and Organization-2 funds to pay his and his wife's life insurance policies, including approximately $116,335.44 in 2015; approximately $125,920.44 in 2016; approximately $124,738.37 in 2017; approximately $125,920.44 in 2018; approximately $121,933.30 in 2019; approximately $94,440.33 in 2020; approximately $94,295.07 in 2021; and approximately $126,937.55 in 2022.

  15.  The defendant PAUL MITCHELL failed to properly report his use of Organization-1 and Organization-2 funds as personal income on his jointly filed U.S. Individual Income Tax Returns, Forms 1040, thereby substantially reducing his personal income tax burden and evading payment of personal income taxes. By failing to report these personal expenditures

as gross receipts on his personal tax returns, MITCHELL failed to properly report a total of over $5.2 million in gross receipts. The amount of gross receipts that MITCHELL failed to report on his tax returns in each of the following years is set forth in the table below:

| 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|
| $519,377 | $751,201 | $696,780 | $512,585 | $760,505 | $459,960 | $898,452 | $679,306 |

16. In the Forms 990 filed with the IRS on behalf of Organization-2 each year between 2015 and 2022, the defendant PAUL MITCHELL falsely reported that he did not receive any compensation or other benefits from Organization-2.

17. As a result of the omission of these gross receipts, the defendant PAUL MITCHELL caused a tax loss to the IRS of approximately $2,906,072 and to New York State of approximately $316,699 between 2015 and 2022.

## TAX EVASION

18. The allegations contained in paragraphs one through 17 are realleged and incorporated as if fully set forth in this paragraph.

19. In or about and between January 2021 and October 15, 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant PAUL MITCHELL, willfully attempted to evade and defeat the payment of a substantial income tax due and owing by him to the United States of America, for the tax year 2021, by committing the following affirmative acts, among others:

    a. causing to be prepared, and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was submitted to the IRS;

    b. causing to be prepared, and causing to be signed, a false and fraudulent Return of Organization Exempt from Income Tax, Form 990, which was submitted to

the IRS on behalf of Organization-2, and falsely reported that MITCHELL did not receive any compensation from Organization-2;

        c.    providing incomplete information to MITCHELL's return preparer; and

        d.    using funds from Organization-1 and Organization-2 to pay for MITCHELL's personal expenses.

(Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 3551 et seq.)

By *David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK