**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MG/CMC
F. #2022R00970

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 25, 2026

By Email and ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Paul Mitchell
Criminal Docket No. 25-374 (NRM)

Dear Judge Morrison:

The government respectfully provides this joint status letter to the Court on behalf of both parties. Since the last joint status update, the parties met on August 11, 2026 to discuss the differences in the tax loss figures derived by the government and the defense. Since that time, the parties have continued to work towards a stipulated resolution as to the tax loss amount.

Accordingly, the parties respectfully request 30 days to file a joint status letter to the Court, by October 26, 2026, in order to allow sufficient time for the parties to potentially reach a resolution.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Miranda Gonzalez
Miranda Gonzalez
Assistant U.S. Attorney
(718) 254-6183

Catriona M. Coppler
Trial Attorney, Tax Section
U.S. Department of Justice, Criminal Division

cc: Clerk of Court (NRM) (by ECF and Email)
Roger V. Archibald (defense counsel) (by ECF and Email)